## Bessie Simon, Appellant, v. Paula Balasic and Alfred Balasic, Appellees.

### Gen. No. 42,167.

Heard in second division, first district, this court at February term, 1942; opinion filed November 17, 1942. Jacob Levy, for appellant; Edward McTiernan, of counsel; Max M. and Samuel Grossman, for appellees; Sid Mogul, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. "Not to be published in full."